**FILED**
December 02, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MARIELA HERNANDEZ RODRIGUEZ, § § § **Petitioner**, § § v. § § KRISTI NOEM *et al.*, § § **Respondents**. § | CIVIL NO. SA-25-CV-1591-OLG |

**O R D E R**

    On November 26, 2025, Petitioner Mariela Hernandez Rodriguez filed a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Dkt. No. 1). Upon consideration, **IT IS ORDERED** that the Clerk of Court shall send copies of the Petition (Dkt. No. 1) and this Order by U.S. Certified Mail Return Receipt Requested to the Office of the United States Attorney on behalf of all Respondents at the following addresses:

    **Mary F. Kruger**
    **U.S. Attorney's Office**
    **Chief, Civil Division**
    **601 NW Loop 410, Suite 600**
    **San Antonio, Texas 78216**

    **Warden**
    **Karnes County Immigration Processing Center**
    **409 FM 1144**
    **Karnes City, Texas 78118**

    Absent further order of the Court, such deliveries will constitute sufficient service of process upon all Respondents.

    **IT IS FURTHER ORDERED** that Respondents shall file a response to the Petition (Dkt. No. 1) within **fourteen (14) days** of service.

    **IT IS FURTHER ORDERED** that, if Petitioner elects to file a reply, Petitioner may do so no later than **seven (7) days** after Respondents file their response.

    **SIGNED** this 2nd day of December, 2025.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE